UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Select Comfort Corporation,

    Plaintiff,

vs.

Firas Kittaneh, Mohd Kittaneh, Simply Rest, LLC, and One Mall Group, LLC

    Defendants.

Court File No. 13-cv-1684 (RHK/SER)

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2013, I caused to be served the attached:

1. Plaintiff's Motion for Alternative Service;

2. Notice of Hearing on Plaintiff's Motion for Alternative Service;

3. Memorandum of Law in Support of Select Comfort's Motion for Alternative Service with attached Word Count Compliance Certificate;

2. Affidavit of Dennis E. Hansen in Support of Select Comfort's Motion for Alternative Service (with exhibits); and

3. Proposed Order

by sending via United States mail a true and correct copy to the following:

    Simply Rest, LLC
    1300 W. Washington Street
    Phoenix, AZ 85007

    One Mall Group, LLC
    1300 W. Washington Street
    Phoenix, AZ 85007

Dated: August 28, 2013          OPPENHEIMER WOLFF & DONNELLY LLP

By: s/ Dennis E. Hansen
    Andrew S. Hansen (# 285894)
    Samuel R. Hellfeld (#309954)
    Dennis E. Hansen  (# 386734)

Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100

**ATTORNEYS FOR PLAINTIFF SELECT COMFORT CORPORATION**

3020637 v.2